**Walter W. KRANTZ, Appellant,**

v.

**Richard W. VAN DETTE and Virgil P. Van Dette, Appellees.**

No. 13801.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1959.

A. H. Oldham, Akron, Ohio, Lee C. McCandless, Butler, Pa., Robert E. Woodhams, of Woodhams, Blanchard & Flynn, Kalamazoo, Mich., on brief, for appellant.

Francis J. Klempay, Youngstown, Ohio, for appellees.

Before MARTIN and CECIL, Circuit Judges, and MILLER, District Judge.

PER CURIAM.

After a comprehensive trial in the district court, the complaint of the appellant-inventor, asking recovery against appellees of royalties under three license agreements, was dismissed. From the order of dismissal, this appeal is taken and has been heard and duly considered

upon the oral arguments and briefs of the attorneys and upon the record in the case.

Judge Weick, the trial judge, now a member of this court, wrote an opinion carefully discussing the pertinent issues in the case; and, in our view, correctly deciding them.

Accordingly, for the reasons stated in the opinion of the district court reported at 165 F.Supp. 776, the order dismissing the complaint is affirmed.